UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES TAYLOR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-3222** |
| **TERRY HINES, WARDEN** | **SECTION "A"(4)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation and the Supplemental Report and Recommendation of the United States Magistrate Judge, and the objections (Rec. Docs. 17 & 29) to the Magistrate Judge's Report and Recommendation and Supplemental Report and Recommendation, hereby approves the Report and Recommendation and the Supplemental Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Charles Taylor's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

December 5, 2011

_____
UNITED STATES DISTRICT JUDGE